IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | |
| Henrietta Osborne | } | **Case No**. 3:16-bk-00606 |
| 1218 Phillip St | } | |
| Nashville, TN, 37208 | } | **Chapter**: 13 |
| | } | |
| | } | Judge Marian Harrison |
| | } | |
| Debtor. | } | |

## NOTICE OF AMENDMENT TO STATEMENT OF INTENTION ON SECURED DEBTS

COMES NOW the Debtor, by and through counsel, and would amend the original Chapter 7 petition.

The Debtor would amend the Debtor's statement of intention to reflect the debtor's intention on secured obligations that were inadvertently omitted on the conversion schedules for the Debtor.

The Debtor filed a Chapter 13 bankruptcy on 1/3/2016. The meeting of creditors was held on 11/7/2016 at 3:00 PM in **Customs House, 701 Broadway, Room 100 Nashville TN 37203**.

Respectfully submitted,

/s/ Jonathan Augusta
D. Jonathan Augusta
731 Porter Rd.
Nashville, TN, 37206
Office: (615) 600-4577
Fax: (615) 249-3448
derricaugusta@comcast.net

**Fill in this information to identify your case:**

Debtor 1    **Henrietta Osborne**
            First Name        Middle Name         Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name         Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number   **3:16-bk-606**
(if known)

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Clean Cars**<br><br>Description of property securing debt: **2005 Buick Rendezvous CX AWD 4dr SUV (3.4L 6cyl 4A)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **InSolve Auto Funding, LLC**<br><br>Description of property securing debt: **2012 Honda Civic (80K)** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Tennessee Title Loans**<br><br>Description of property **2006 Chrysler PT Cruiser** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Debtor 1  **Osborne, Henrietta**                               Case number (*if known*)  **3:16-bk-606**

securing debt:

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Henrietta Osborne**　　　　　　　　　　　X _____
　　**Henrietta Osborne**　　　　　　　　　　　　　　Signature of Debtor 2
　　Signature of Debtor 1

　　Date　**November 10, 2016**　　　　　　　　　Date _____

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III                                    Electronic
Chapter 13 Trustee
P.O. Box 190664
Nashville, TN 37219

Samuel Crocker, U.S. Trustee                                Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

Henrietta Osborne                                           U.S. mail first class
1218 Phillip St
Nashville, TN, 37208

InSolve Auto Funding, LLC, c/o Capital Recovery Gr   U.S. mail first class
Dept 3403
PO Box 123403
Dallas, TX 75312-3403

I have sent out notices.

                                                           /s/ Jonathan Augusta
                                                           D. Jonathan Augusta

**3:16-bk-00606** Henretta Osborne
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Marian F Harrison
**Date filed:** 01/31/2016 **Date of last filing:** 11/07/2016 **Plan confirmed:** 06/17/2016

# Creditors

| | |
|---|---|
| **Aaron Sales & Lease Ow**<br>1015 Cobb Place Blvd NW<br>Kennesaw, GA 30144-3672 | (6003828)<br>(cr) |
| **ACE CASH EXPRESS**<br>#105 1801 JEFFERSON STREET<br>Nashville, TN 37208 | (6003829)<br>(cr) |
| **Ad Astra Recovery Serv**<br>7330 W 33rd St N Ste 118<br>Wichita, KS 67205-9370 | (6003830)<br>(cr) |
| **Auto Titles of Tennessee**<br>406 Thompson Lane<br>Nashville TN 37211 | (6035136)<br>(cr) |
| **Cba**<br>25954 Eden Landing Rd<br>Hayward, CA 94545-3816 | (6003831)<br>(cr) |
| **Clean Cars**<br>835 Murfreesboro Pike Apt R<br>Nashville, TN 37217-1147 | (6003832)<br>(cr) |
| **Clean Cars, LLC**<br>835 Murfreesboro Road<br>Nashville, TN 37217 | (6014004)<br>(cr) |
| **Credit Central**<br>700 E North St Ste 15<br>Greenville, SC 29601-3013 | (6003833)<br>(cr) |
| **Creditcentrl**<br>1019 Gallatin Pike S Unit B<br>Madison, TN 37115-4629 | (6003834)<br>(cr) |

| | |
|---|---|
| **Eastern Account System**<br>75 Glen Rd Ste 310<br>Sandy Hook, CT 06482-1170 | (6003835)<br>(cr) |
| **Enhanced Recovery Co L**<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | (6003836)<br>(cr) |
| **Fox Collection Center**<br>PO Box 528<br>Goodlettsville, TN 37070-0528 | (6003837)<br>(cr) |
| **InSolve Auto Funding, LLC, c/o Capital Recovery Gr**<br>Dept 3403<br>PO Box 123403<br>Dallas, TX 75312-3403 | (6148517)<br>(cr) |
| **Jh Portfolio Debt Equi**<br>5757 Phantom Dr<br>Hazelwood, MO 63042-2429 | (6003838)<br>(cr) |
| **Quantum3 Group LLC as agent for**<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (6011650)<br>(cr) |
| **Regions Bank**<br>P O Box 10063<br>Birmingham, AL 35202-0063 | (6108617)<br>(cr) |
| **Seventh Avenue**<br>1112 7th Ave<br>Monroe, WI 53566-1364 | (6003839)<br>(cr) |
| **Sun Loan 210**<br>1309 Bell Rd<br>Antioch, TN 37013-3826 | (6003840)<br>(cr) |
| **Tennessee Title Loans**<br>3001 Nolensville Pike<br>Nashville, TN 37211-2342 | (6003841)<br>(cr) |
| **The Stark Collection A**<br>6425 Odana Rd<br>Madison, WI 53719-1127 | (6003842)<br>(cr) |